Benjamin C. Durham (7684)
BENJAMIN DURHAM LAW FIRM
601 S Rancho Dr Ste B14
Las Vegas, Nevada 89106
(702) 631-6111
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN TOVAR-RODRIGUEZ,<br><br>Defendant. | CASE NO: 2:21-CR-108-APG-NJK<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for Defendant IVAN TOVAR-RODRIGUEZ.

DATED this __19th__ day of __May__ 2021.

_____
DISTRICT COURT JUDGE