# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN YAIR TOVAR-RODRIGUEZ,<br><br>Defendant. | Case No. 2:21-cr-00108-APG-NJK<br><br>**Order**<br><br>[Docket No. 49] |

Pending before the Court is Defendant's motion to discharge attorney. Docket No. 49. The Court **SETS** that motion for a hearing at 10:00 a.m. on January 17, 2023, in Courtroom 3C.

IT IS SO ORDERED.

DATED: January 5, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE