# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00108-APG-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 55] |
| IVAN YAIR TOVAR-RODRIGUEZ, | |
| Defendant. | |

Pending before the Court is Defendant's motion to discharge counsel. Docket No. 55. The Court hereby **SETS** that motion for a hearing at 10:00 a.m. on March 21, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

IT IS SO ORDERED.

DATED: March 17, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE