RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Ivan Yair Tovar-Rodriguez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>IVAN YAIR TOVAR-RODRIGUEZ,<br><br>　　　　　　Defendant. | Case No. 2:21-cr-00108-APG-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Ivan Yair Tovar-Rodriguez, that the Sentencing Hearing currently scheduled on October 25, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Tovar-Rodriguez needs additional time to compete necessary requirements to received safety valve benefits.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1. This is the first request for a continuance of the sentencing hearing.

DATED this 2nd day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Allison Reese*<br>ALLISON REESE<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00108-APG-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| IVAN YAIR TOVAR-RODRIGUEZ, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, October 25, 2023 at 9:00 a.m., be vacated and continued to January 3, 2024 at the hour of 1:30 p.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 3rd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE